> [Ed. Note.—For cases in point, see Cent. Dig. vol. 20, Evidence, §§ 1029, 1031.]

Appeal from Municipal Court, Borough of Manhattan, Second District.

Action by the Ætna Life Insurance Company against Eugene T. Pelham. From a judgment for less than the amount claimed, plaintiff appeals. Reversed, and new trial ordered.

Argued before GILDERSLEEVE, BLANCHARD, and DAYTON, JJ.

Winter & Winter, for appellant.

BLANCHARD, J. The learned trial justice gave judgment for the plaintiff for $51.65 upon the assumption, apparently, that the plaintiff was bound by a letter in which it claimed only that sum. But the plaintiff offered some proof tending to show that the letter erroneously stated the amount, and accordingly judgment is reversed.

Judgment reversed, and new trial ordered, with costs to appellant to abide the event. All concur.